IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JUAN PABLO SANCHEZ DELGADO, ANTONIO DE JESUS CASTRO, MAGDALENA CASTRO BENITEZ, ALMA HERNANDEZ MORENO, ANAYANCY CASTRO HERNANDEZ, FABIAN CASTRO, SUNI SARAHI SANCHEZ DELGADO, OSVALDO SANCHEZ DELGADO, JOHN CHRISTOPHER GOOD, ARACELY HEREDIA MARTINEZ, ERIC BERINGER, CHRISTOPHER THURLOW, MAYRA P. JIMENEZ, ASIYADETH JIMENEZ CASTELLON, JOHN GLIDDEN, JAIME GARCIA COTA, LILLIAN AJIN,  JP AND SONS, LLC,  J GREEN VALLEY, LLC, and CASTRO PROPERTIES, LLC,<br><br>　　　　　Defendants. | **4:18CR3088**<br><br>**ORDER** |

　　　Defendants Suni Sarahi Sanchez Delgado, Mayra P. Jimenez, and Asiyadeth Jimenez Castellon have moved to continue the pretrial motion deadline, (Filing Nos. 290, 291, 292, 293), because Defendants need additional time to review discovery before deciding whether to file pretrial motions. The motions to continue are unopposed by the government. Based on the showing set forth in the motions, the court finds the motions should be granted.

Accordingly,

IT IS ORDERED:

1) Defendants' motions to continue, (Filing Nos. 290, 291, 292, and 293), are granted.

2) **As to all defendants**, pretrial motions and briefs shall be filed on or before January 18, 2019.

3) **As to all defendants**, trial of this case is continued pending resolution of any pretrial motions filed.

4) The ends of justice served by granting the motions to continue outweigh the interests of the public and the defendants in a speedy trial, and **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and January 18, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

November 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge