IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ANAYANCY CASTRO HERNANDEZ,<br>SUNI SARAHI SANCHEZ DELGADO,<br>OSVALDO SANCHEZ DELGADO,<br>JOHN CHRISTOPHER GOOD,<br>ARACELY HEREDIA MARTINEZ, ERIC<br>BERINGER, MAYRA P. JIMENEZ,<br>ASIYADETH JIMENEZ CASTELLON,<br>JOHN GLIDDEN, JP AND SONS, LLC,<br>J GREEN VALLEY, LLC, AND<br>CASTRO PROPERTIES, LLC.<br><br>Defendants. | 4:18CR3088<br><br>ORDER |

Defendants Suni Sarahi Sanchez Delgado and Eric Beringer have moved to continue the trial, (Filing Nos. 588 and 589), because Defendants needs additional time to investigate this case and prepare for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motions to continue trial, (Filing Nos. 588 and 589), are granted.

2) As to all defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on September 16, 2019, or as soon thereafter as the case may be called, for a duration of ten (10) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and September 16, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 28th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge