IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUNI SARAHI SANCHEZ-DELGADO, JOHN C. GOOD, MAYRA P. JIMENEZ, JOHN GLIDDEN,<br><br>Defendants. | 4:18CR3088<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff and the above defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant Suni Sarahi Sanchez-Delgado's Exhibits from Identity hearing held 8/13/2018.

Defendant Suni Sarahi Sanchez-Delgado's Exhibits from Detention hearing held 8/14/2018.

Plaintiff's Exhibits from Jury Trial held 11/4/19 through 11/8/19 and 11/12/19 through 11/15/19.

Defendant John C. Good's Exhibits from Jury Trial held 11/4/19 through 11/8/19 and 11/12/19 through 11/15/19.

Defendant Mayra P. Jimenez's Exhibit from Jury Trial held 11/4/19 through 11/8/19 and 11/12/19 through 11/15/19.

Defendant John Glidden's Exhibits from Jury Trial held 11/4/19 through 11/8/19 and 11/12/19 through 11/15/19.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 5th day of November, 2021.

BY THE COURT:

s/ John M. Gerrard
United States District Judge